THE STATE *ex rel.* ZOOK, *Executor, Appellant,* v. HOLT
COUNTY COURT.

### Division One, December 15, 1896.

**Swamp Lands:** DRAINAGE: COUNTY COURT: ADDITIONAL TAX: MAN-
DAMUS: WARRANT: LIMITATION. The case of *State ex rel. Frazer v.
Holt County Court,* 135 Mo. 533, involving the question of the drain-
age of swamp lands, the levying of an additional tax for the con-
struction of ditches and other matters incident thereto, followed and
affirmed.

*Appeal from Holt Circuit Court.*—HON. C. A. ANTHONY,
Judge.

REVERSED AND REMANDED.

*T. W. Collins* and *T. C. Dungan* for appellant.

*Geo. W. Murphy,* prosecuting attorney, and *L. R.
Knowles* for respondent.

ROBINSON, J.—This proceeding by *mandamus* was
instituted in the same court, at the same time, and
against the same defendants, as the case of *State ex
rel. Frazer v. Holt County Court,* 135 Mo. 533, decided
at the present term of this court. The facts in that
and in this case, in all their substantial bearings are
the same, as are the reasons assigned by the county
court for its refusal to pay, or to cause to be levied, a tax
to pay, as asked by relators in each case, the warrants
held by them. On the authority of and for the rea-
sons given in that case, the judgment of the circuit
court rendered herein is reversed and the cause
remanded with directions that it issue its writ of *man-
damus* to the county court of Holt county, command-
ing the levy of the tax as prayed for by relators herein.
All concur.